B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**D.F.S. Sales, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4073945** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Donald F. Schmidt**<br>**6717 Charleston Dr.**<br>**Darien, IL**              ZIP Code **60561** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **1298 Lakeview Dr.**<br>**Romeoville, IL 60446** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **D.F.S. Sales, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**D.F.S. Sales, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**December 21, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Donald F. Schmidt**
Signature of Authorized Individual

**Donald F. Schmidt**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 21, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **D.F.S. Sales, Inc.**                                ,      Case No. _____
<br>                                         Debtor
<br>                                                                        Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 239,205.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 2 | | 1,861.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 374,637.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 239,205.53 | | |
| | | Total Liabilities | | 376,498.92 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **D.F.S. Sales, Inc.**

_____ ,   Case No. _____
                                    Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re **D.F.S. Sales, Inc.** _____,  Case No. _____

  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

 __0__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **D.F.S. Sales, Inc.** ,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Corporation checking Account #7232646666 at Fifth/Third Bank, Naperville East Branch** | - | 2,846.87 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **2,846.87**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **D.F.S. Sales, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See list of Receivables as of 10/22/09 attached as Sch. B-16 addendum | - | 185,297.26 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                Sub-Total >    **185,297.26**
                                                            (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **D.F.S. Sales, Inc.** , Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See list attached as Sch. B-28 Addendum.** | - | 2,650.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **See list attached as Sch. B-30 addendum** | - | 48,411.40 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 51,061.40 |
| (Total of this page) | |
| Total > | 239,205.53 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

SCHEDULE D-16

# DHS Sales, Inc.
## Aged Receivables
## As of Oct 22, 2009

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Bill To Contact Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| abs Ambisonic Systems Jay Coombs 707-416-7157 | 5602 | | | 1,008.100 | | 1,008.100 |
| **abs** **Ambisonic Systems** | | | | **1,008.100** | | **1,008.100** |
| c Carnegie Acoustics ,Inc. Cecil Fannin 606-922-1633 | 5611 | | 10,000.000 | | | 10,000.000 |
| **c** **Carnegie Acoustics ,Inc.** | | | **10,000.000** | | | **10,000.000** |
| J James Loudspeaker Mark Schafle 707-449-0880 | 5618 5624 | 2,016.320 | 4,011.500 | | | 4,011.500 2,016.320 |
| **J** **James Loudspeaker** | | **2,016.320** | **4,011.500** | | | **6,027.820** |
| K Kaption Audio Inc. 1-866-527-8466 | 5625 | 3,196.500 | | | | 3,196.500 |
| **K** **Kaption Audio Inc.** | | **3,196.500** | | | | **3,196.500** |
| L Legacy Audio Kathy Schappaugh 217-544-3178 | 5596 5612 5613 5614 rev1 5627 5628 5629 | 291.760 298.820 | 1,300.000 19,950.000 15,141.850 3,405.560 | | 17,698.590 | 17,698.590 1,300.000 19,950.000 15,141.850 3,405.560 291.760 298.820 |
| **L** **Legacy Audio** | | **590.580** | **39,797.410** | | **17,698.590** | **58,086.580** |
| LE Leon Speakers, Inc. | 5564Rev1 5579 | | | | 15,130.000 500.000 | 15,130.000 500.000 |

## DFS Sales Inc
## Aged Receivables
## As of Oct 22, 2009

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| | 5620 | | | 2,148.000 | | 2,148.000 |
| 1-888-213-5015 | | | | | | |
| **LE**<br>**Leon Speakers, Inc.** | | | | **2,148.000** | **15,630.000** | **17,778.000** |
| **MIC**<br>Midwest Internet Commer<br>Doug Gaffney<br>630-243-9481 | 5544<br>5556 | | | | 74.940<br>2.790 | 74.940<br>2.790 |
| **MIC**<br>**Midwest Internet Comme** | | | | | **77.730** | **77.730** |
| **PE**<br>Peavey Electronics Corp.<br>Christie Allen<br>601-486-1100 | 5546<br>5547<br>5568<br>2804<br>5619<br>79895<br>5631 | 6,168.960<br>397.500 | 6,168.960 | | 1,800.000<br>1,800.000<br>369.000<br>369.000 | 1,800.000<br>1,800.000<br>369.000<br>369.000<br>6,168.960<br>6,168.960<br>397.500 |
| **PE**<br>**Peavey Electronics Corp** | | **6,566.460** | **6,168.960** | | **4,338.000** | **17,073.420** |
| **SW**<br>Speaker Works | 5630 | | | | 28.000 | 28.000 |
| **SW**<br>**Speaker Works** | | | | | **28.000** | **28.000** |
| **V**<br>Volcano Audio Products In | 5164 | | | | 72,021.110 | 72,021.110 |
| **V**<br>**Volcano Audio Products** | | | | | **72,021.110** | **72,021.110** |
| **Report Total** | | **12,369.860** | **59,977.870** | **3,156.100** | **109,793.430** | **185,297.260** |

*SCHEdulE B-28*
*Addendum*

# Equipment and office furniture owned by DFS Sales.

| | Quantity | value each | Total |
|---|---|---|---|
| Gray desks | 2 | $125.00 | $250.00 |
| Glass desk | 1 | $250.00 | $250.00 |
| Candenza | 1 | $150.00 | $150.00 |
| Deck Chairs | 3 | $75.00 | $225.00 |
| Gray Office Chairs | 4 | $25.00 | $100.00 |
| Red chairs | 2 | $25.00 | $50.00 |
| Stack chairs | 2 | $15.00 | $30.00 |
| fax machine | 1 | $25.00 | $25.00 |
| Work bench | 1 | $35.00 | $35.00 |
| scanner | 1 | $35.00 | $35.00 |
| printers | 3 | $25.00 | $75.00 |
| Hand Truck | 1 | $75.00 | $75.00 |
| Computers | 3 | $100.00 | $300.00 |
| Old fork lift | 1 | $700.00 | $700.00 |
| Office table | 1 | $35.00 | $35.00 |
| Storage cabinet in office | 1 | $25.00 | $25.00 |
| Storage cabinet in restrooms | 2 | $20.00 | $40.00 |
| Metal shelves | 6 | $15.00 | $90.00 |
| Filing cabinets | 4 | $20.00 | $80.00 |
| Black book case | 1 | $20.00 | $20.00 |
| Computer desk | 1 | $35.00 | $35.00 |
| metal storage table | 1 | $25.00 | $25.00 |
| | | | |
| total | | | $2,650.00 |

## Inventory value November 16, 2009

| Description | Units | Cost FOB China user. | Value FOB to OEM Sell price user. | OEM Value |
|---|---|---|---|---|
| FTC668 10" 250-668 Series | 24 | $3.88 | $93.12 | $6.98 | $167.52 |
| FTC6681 12" 300-668 SERIES | 48 | $4.18 | $200.64 | $7.11 | $341.28 |
| FTC6685 15" 385-668 SERIES | 47 | $6.34 | $297.98 | $10.78 | $506.66 |
| FTC6691 15" 385-669 SERIES | 24 | $3.88 | $93.12 | $7.11 | $170.64 |
| FTC6691 15" 385-669 SERIES | 23 | $6.34 | $145.82 | $10.78 | $247.94 |
| FTC6698 10" 250-669 SERIES | 24 | $3.88 | $93.12 | $6.89 | $165.36 |
| FTC6689 12" 250-689 SERIES | 42 | $3.80 | $159.60 | $6.84 | $287.28 |
| FTC68912 12" 300-689 SERIES | 49 | $4.20 | $205.80 | $7.56 | $370.44 |
| NDXMA13 06-10-54 BABY IN MANGER | 38 | $5.00 | $190.00 | $10.58 | $402.04 |
| NDXMAS9 06-10-54S 36" STANDING JESTER | 33 | $11.60 | $382.80 | $18.75 | $618.75 |
| NDXMAS10 30"FIGURE GOLD CHEST | 13 | $9.50 | $123.50 | $14.40 | $187.20 |
| NDXMAS11 06-10-54 30" INSCENSE W/FIGURE | 13 | $9.39 | $122.07 | $14.40 | $187.20 |
| NDXMAS12 06-10-54 30" DARK FIGURE | 13 | $6.96 | $128.70 | $14.40 | $187.20 |
| NDXMAS2 06-10-24S 24" STANDING SANTA | 22 | $9.32 | $205.04 | $13.98 | $307.56 |
| NDXMAS3 06-10-24 24" SITTTING SANTA | 17 | $8.10 | $137.70 | $12.15 | $206.55 |
| NDXMAS4 30" SITTING SANTA | 33 | $10.00 | $330.00 | $15.00 | $495.00 |
| NDXMAS5 06-11-12 12" MASKED JESTER | 3440 | $1.85 | $6,364.00 | $2.79 | $9,597.60 |
| NDXMAS6 06-10-45 7" SANTA ORNAMENT RED | 51 | $1.85 | $94.35 | $3.55 | $181.05 |
| NDXMAS7 06-11-45 7" COPPER COLOR SANTA ORNAMENT | 76 | $2.60 | $197.60 | $3.55 | $269.80 |
| NDXMAS8 06-10-54 30" FIGURE W/CRECH | 38 | $8.66 | $329.08 | $10.58 | $402.04 |
| NDXMAS9 06-10-54 MARY FIGURE | 38 | $7.50 | $285.00 | $10.58 | $402.04 |
| SLRRE3910 XR3910 | 17 | $14.00 | $238.00 | $19.60 | $333.20 |
| SLRRE3912 XR3912 | 14 | $15.00 | $210.00 | $21.00 | $294.00 |
| SLRRE6310 ICBM-5310 | 19 | $17.00 | $323.00 | $23.80 | $452.20 |
| SLRREIBCM ICBM-5312 | 15 | $18.50 | $277.50 | $25.90 | $388.50 |
| SLRSUG2 LRW-SL12CM 12" SLIM LINE | 17 | $30.50 | $518.50 | $42.70 | $725.90 |
| SLRTPRR LRT-RBR1 PLANAR RIBBON | 183 | $35.18 | $6,437.94 | $49.25 | $9,012.75 |
| SRELJ8 8'SLIME LIN SUBWOOFER | 233 | $31.00 | $7,223.00 | $43.40 | $10,112.20 |
| WFSEA YRCA CONNECTOR HD-519 | 2502 | $0.50 | $1,251.00 | $3.25 | $8,131.50 |
| WFSEA SEA FOAM FOUNTAIN FO-02W | 10 | $110.00 | $1,100.00 | $163.00 | $1,630.00 |
| WFSEN SERENITY FOUNTAIN FO-01B | 10 | $110.00 | $1,100.00 | $163.00 | $1,630.00 |
| **TOTAL INVENTORY VALUE** | | | $28,857.98 | | $48,411.40 |

Schedule B-50
Addendum

B6D (Official Form 6D) (12/07)

In re   **D.F.S. Sales, Inc.**                                                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **D.F.S. Sales, Inc.**                                                                                                    ,   Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   1   </u>   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **D.F.S. Sales, Inc.**                                                                  ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx3945** <br><br> **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602** | - | | **2008/2009** <br><br> **Payroll Taxes** | | X | | 132.69 | 0.00 <br><br> 132.69 |
| Account No. **xx-xxx3945** <br><br> **Illinois Dir.of Employment Security P.O. Box 803412 Chicago, IL 60680-3412** | - | | **208/2009** | | | | 27.00 | 0.00 <br><br> 27.00 |
| Account No. **xx-xxx3945** <br><br> **Internal Revenue Service Center P.O. Box  804522 Cincinnati, OH 45280-4522** | - | | **2008/2009** <br><br> **Payroll Taxes** | | X | | 1,701.58 | 0.00 <br><br> 1,701.58 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet _**1**_ of _**1**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 1,861.27    1,861.27 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 1,861.27    1,861.27 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **D.F.S. Sales, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A1Sonic Industry, Ltd.<br>No. 4 Industrial District<br>Liuwu Village, HuiZhou City<br>Guangdong province China** | - | | | | **Trade Debt** | | | | **27,919.16** |
| Account No.<br><br>**Alarm Detection Systems Inc.<br>111 Church Rd.<br>Aurora, IL 60505** | - | | | | **Trade Debt** | | | | **132.00** |
| Account No.<br><br>**American Express<br>Box 0001<br>Los Angeles, CA 90096-0001** | - | | | | **2008/2009<br>Trade Debt** | | | | **Unknown** |
| Account No.<br><br>**AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100** | - | | | | **Phone** | | | | **Unknown** |

__6__  continuation sheets attached

Subtotal
(Total of this page)  **28,051.16**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:33434-091203    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **D.F.S. Sales, Inc.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153** | - | | **Trade Debt** | | | | 1,274.06 |
| Account No.<br><br>**Central Decal<br>6901 High Grove Blvd.<br>Burr Ridge, IL 60527-7583** | - | | **Trade Debt** | | | | 410.88 |
| Account No.<br><br>**Chien Yuan DBA Black Art<br>Fulong 2nd Indl. Zone<br>Shi Pai Town DongguaN<br>Guangdong, China** | - | | **2008/09<br>Trade Debt** | | | | 26,018.72 |
| Account No.<br><br>**Chien Yuan Electric Co<br>Fulong 2nd Indl. Zone<br>Shi Pai Town Dongguan<br>Guangdong  China** | - | | **2008/09<br>Trade Debt** | | | | 19,677.36 |
| Account No.<br><br>**Christine Schmidt<br>6717 Charleston Drive<br>Darien, IL 60561** | - | | **10/09<br>Building Rent** | | | | 4,500.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,881.02**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **D.F.S. Sales, Inc.** _____, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> ComEd <br> Bill Payment <br> Chicago, IL 60668 | - | | Utility | | | | 4,250.00 |
| Account No. <br><br> Donald Schmidt <br> 6717 Charleston Dr. <br> Darien, IL 60561 | - | | 8/08 <br> Loan to Debtor | | | | 10,000.00 |
| Account No. <br><br> Fifth Third Bank <br> P.O. Box 630778 <br> Cincinnati, OH 45263-0778 | X - | | 2008/09 <br> Cash Flow LOC | | | | 88,742.04 |
| Account No. xxxxxxxxxxxxx1749 <br><br> Fifth Third Bank Chicago <br> P.O. Box  630778 <br> Cincinnati, OH 45263-0778 | X - | | Equity Flexline | | | | 120,000.00 |
| Account No. <br><br> Geologistics Americas Inc. <br> 1121 N. Wood Dale Rd. <br> Wood Dale, IL 60191 | - | | 2008 <br> Arbitration award entered 10/15/09-Trade Debt Creditor has rejected award and asked for a trial on the matter. | | | X | 33,991.76 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **256,983.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **D.F.S. Sales, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Green Lake Investors LLC/ Laser Excel** **P.O. Box 3090** **Milwaukee, WI 53201-3090** | - | | | | | | | **10,281.60** |
| Account No. | | | | Trade Debt | | | | |
| **Hiroki Uchida Design Lab** **5757 Wilshire Blvd. Ste. 639** **Los Angeles, CA 90036** | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Huada Sound Equipment Factory** **Jishigang Indl. Garden** **W. Suburb, Ningbo** **Zhejiang Prov. 315171 China** | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Internetsite Technologies, Inc.** **40 Shuman Blvd. Ste. 160** **Naperville, IL 60563** | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Jiangmen Yelitech Car Audio Co. Ltd.** **Tangxi Indl. Zone Hetang Town** **Pengjiang dist. Jiangmen** **Guangdong 529095 China** | - | | | | | | | **Unknown** |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,281.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **D.F.S. Sales, Inc.**_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Junyu Corp.**<br>**No.1 Junyu Rd.**<br>**Junyu industrial zone,**<br>**Huiming Town  China** | | - | **Trade Debt** | | | | 11,165.00 |
| Account No.<br><br>**Kai Shuai Industrial Co. Ltd.**<br>**3F., No.23 Lane 50 ,Sec 3,**<br>**NanGang Rd. Dist 115**<br>**Taipei Taiwan R.O.C.** | | - | **Trade Debt** | | | | **Unknown** |
| Account No.<br><br>**Lemann Usa, Inc.**<br>**1860 Renaissance Blvd.**<br>**Sturtvant, WI 53177** | | | **2008/09**<br>**Trade Debt** | | | | 9,641.33 |
| Account No.<br><br>**Misco Speaker Company**<br>**2637 32nd  Ave. South**<br>**Minneapolis, MN 55406-1641** | | - | **Trade Debt** | | | | **Unknown** |
| Account No.<br><br>**MWI Commerce**<br>**Midwest Internet Commerce**<br>**1209 Pleasant Place**<br>**Lemont, IL 60439** | | - | **Trade Debt** | | | | **Unknown** |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,806.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **D.F.S. Sales, Inc.**                                     ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Insurance | | | | |
| Nationwide Mutual P.O. Box 74522 Cincinnati, OH 45274-2522 | - | | | | | | | Unknown |
| Account No. | | | | Utility | | | | |
| Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Roanoake Trade Services Inc. 1475 E. Woodfield Rd. Ste. 500 Schaumberg, IL 60173-4903 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Sikich LLP 998 Corporate Blvd. Aurora, IL 60502-9102 | - | | | | | | | Unknown |
| Account No. | | | | Attorney Fees | | | | |
| The Fish Law firm P.C. 1770 N. Park Street  Ste. 200 Naperville, IL 60563 | - | | | | | | | 4,403.21 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,403.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **D.F.S. Sales, Inc.**                                    ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **UPS Lock Box 577 Carol Stream, IL 60132-0577** | | - | | | | | | | 41.57 |
| Account No. | | | | | Trade Debt | | | | |
| **UPS Supply Chain Solutions, Inc. 28013 Network  Place Chicago, IL 60673** | | - | | | | | | | 625.41 |
| Account No. | | | | | Phone | | | | |
| **Verizon Wireless P.O. Box 25506 Lehigh Valley, PA 18002-5506** | | - | | | | | | | 72.54 |
| Account No. | | | | | Trade Debt | | | | |
| **Village of Romeoville 13 Montrose Drive Romeoville, IL 60446** | | - | | | | | | | 9.51 |
| Account No. | | | | | Trade Debt | | | | |
| **Volcano Audio Products Inc. 295 Saltwell Dr. Shepardsville, KY 40165** | | - | | | | | | | 1,481.50 |

Sheet no. __6___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2,230.53 |
| Total (Report on Summary of Schedules) | 374,637.65 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **D.F.S. Sales, Inc.**                                                                              ,         Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Christine Schmidt**<br>**1298 Lakeview Dr.**<br>**Romeoville, IL 60446** | **Month to Month lease of Debtor facility at**<br>**$4500/month.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **D.F.S. Sales, Inc.** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Donald Schmidt**<br>**6717 Charleston Dr.**<br>**Darien, IL 60561**<br>    **Personal Guarentee** | **Fifth Third Bank Chicago**<br>**P.O. Box  630778**<br>**Cincinnati, OH 45263-0778** |
| **Donald Schmidt**<br>**See above**<br>    **Personal Guarentee** | **Fifth Third Bank**<br>**P.O. Box 630778**<br>**Cincinnati, OH 45263-0778** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re __D.F.S. Sales, Inc.__                       Case No. _____

                                        Debtor(s)           Chapter   __7__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __December 21, 2009__                    Signature     __/s/ Donald F. Schmidt_____

                                                       **Donald F. Schmidt**

                                                             **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **D.F.S. Sales, Inc.**                                                                     Case No. _____

                                                              Debtor(s)          Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

―――――――――――――――――――――

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$108,607.00** | **2009 YTD: Debtor Business Income** |
| **$140,079.00** | **2008: Debtor Business Income** |
| **$206,508.00** | **2007: Debtor Business Income** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See List attached | See SOFA 3b addendum | $0.00 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Christine A. Schmidt**<br>**6717 Charleston Dr.**<br>**Darien, IL 60561**<br>  **Daughter of Company owner Donald Schmidt** | **Wages for services to company: 3/31/09- $1500, 5/19/09- $3000, 9/30/09- $1250, 11/15/09- $4500** | **$10,250.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Geologistics Americas, Inc, a California Corp. v. DFS Sales, Inc., an Illinois Corp. 2008 AR 269** | **Breach of Contract** | **Circuit Court of DuPage County, Illinois Eighteenth Judicial Circuit** | **Arbitration award in favor of plaintiff Geologistics.  Creditor has rejected award and requested a trial on the merits.** |
| **D.F.S. Sales, Inc v. IEE Fon, Inc.  07L502** | **Collection** | **18th Judicial Circuit Court, Wheaton, IL.** | **Settled** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **D.F.S.Sales, Inc v Sound Innovations   07CH 2203** | **Collection** | **18th Judicial Circuit Court, wheaton, Il.** | **Dismissed** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis 400 S. County Farm Road Suite 330 Wheaton, IL 60187** | **10/22/09** | **$5,300.00** |
| **The Fish Law Firm 1770 N. Park St. Suite #202 Naperville, IL 60563** | **Various 12/1/08 to 10/5/09** | **$13,527 for legal services in the Geologistics lawsuit.** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sikich LLC.** | **2007 to date** |
| **998 Corporate Blvd.** | |
| **Aurora, IL 60502-9102** | |

None
■

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Sikich LLC.** | **See Above** |

7

| NAME | ADDRESS |
|---|---|
| **Donald Schmidt** | **6717 Charleston Dr**<br>**Darien, IL 60561** |

None  ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Fifth Third Bank**<br>**See Schedule F** | **2008** |

**20. Inventories**

None  ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **November 16, 2009** | **Donald Schmidt** | **$48,411 at market/$28,857 at cost.** |

None  ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **November 16, 2009** | **See Sch. B-30 addendum** |

**21 . Current Partners, Officers, Directors and Shareholders**

None  ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Donald Schmidt**<br>**67178 Charleston Dr.**<br>**Darien, IL 60561** | **Sole Shareholder, Director and Officer** | **100% of all issued and outstanding stock** |

**22 . Former partners, officers, directors and shareholders**

None  ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Christine Schmidt** **See S.O.F.A. #3c and Addendum attached to S.O.F. #** **Daughter** | **Salary** | **$10,250.00** |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date __**December 21, 2009**_____        Signature    __**/s/ Donald F. Schmidt**_____

                                                     **Donald F. Schmidt**
                                                     **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

12/4/09 at 09:42:56.17

*30. Desc Main    A #3c*

*Addendum*

## DFS Sales, Inc.
## Payroll Register
### For the Period From Jan 1, 2008 to Dec 31, 2008

Filter Criteria includes: 1) Employee IDs: 1. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No<br>Reference<br>Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross<br>State<br>Soc_Sec_ER<br>SUI_ER | Fed_Income<br>DollExp<br>Medicare_ER<br>Insurance1_ | Soc_Sec<br>Insurance<br>FUTA_ER<br>LegalFee | Medicare<br>Legalfees<br>LIT_ER<br>Insurance_C |
|---|---|---|---|---|---|---|---|---|
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1297<br>1/15/08 | Salary | | 1,500.000 | 1,053.440 | 1,500.000<br>-42.690<br>-93.000 | -180.730<br><br>-21.750 | -93.000<br>-108.390<br>-12.000 | -21.750<br><br>-1.850 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1317<br>1/31/08 | Salary | | 1,500.000 | 1,053.440 | 1,500.000<br>-42.690<br>-93.000 | -180.730<br><br>-21.750 | -93.000<br>-108.390<br>-12.000 | -21.750<br><br>-1.850 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1327<br>2/15/08 | Salary | | 1,500.000 | 1,053.440 | 1,500.000<br>-42.690<br>-93.000 | -180.730<br><br>-21.750 | -93.000<br>-108.390<br>-12.000 | -21.750<br><br>-1.850 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1345<br>2/29/08 | Salary | | 1,500.000 | 1,037.690 | 1,500.000<br>-42.690<br>-93.000 | -180.730<br><br>-21.750 | -93.000<br>-124.140<br>-12.000 | -21.750<br><br>-1.850 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1369<br>4/2/08 | Salary | | 1,500.000 | 1,053.440 | 1,500.000<br>-42.690<br>-93.000 | -180.730<br><br>-21.750 | -93.000<br>-108.390<br>-8.000 | -21.750<br><br>-1.850 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1420<br>7/7/08 | Salary | | 1,500.000 | 1,053.440 | 1,500.000<br>-42.690<br>-93.000 | -180.730<br><br>-21.750 | -93.000<br>-108.390 | -21.750<br><br>-1.846 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1453 | Salary | | 1,500.000 | 1,053.440 | 1,500.000<br>-42.690<br>-93.000 | -180.730<br><br>-21.750 | -93.000<br>-108.390 | -21.750<br><br>-1.846 |

12/4/09 at 09:42:56.20

# DFS Sales, Inc.
## Payroll Register
### For the Period From Jan 1, 2008 to Dec 31, 2008

Filter Criteria includes: 1) Employee IDs: 1. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross / State / Soc_Sec_ER / SUI_ER | Fed_Income / DollExp / Medicare_ER / Insurance1_ | Soc_Sec / Insurance / FUTA_ER / LegalFee | Medicare / Legalfees / LIT_ER / Insurance_C |
|---|---|---|---|---|---|---|---|---|
| 8/13/08 | | | | | | | | |
| Summary Total<br>1/1/08 thru 3/31/08 | Salary | | 6,000.000 | 4,198.010 | 6,000.000<br>-170.760<br>-372.000 | -722.920<br><br>-87.000 | -372.000<br>-449.310<br>-48.000 | -87.000<br><br>-7.400 |
| Summary Total<br>4/1/08 thru 6/30/08 | Salary | | 1,500.000 | 1,053.440 | 1,500.000<br>-42.690<br>-93.000 | -180.730<br><br>-21.750 | -93.000<br>-108.390<br>-8.000 | -21.750<br><br>-1.850 |
| Summary Total<br>7/1/08 thru 9/30/08 | Salary | | 3,000.000 | 2,106.880 | 3,000.000<br>-85.380<br>-186.000 | -361.460<br><br>-43.500 | -186.000<br>-216.780 | -43.500<br><br>-3.692 |
| Report Date Final Total<br>1/1/08 thru 12/31/08 | Salary | | 10,500.000 | 7,358.330 | 10,500.000<br>-298.830<br>-651.000 | -1,265.110<br><br>-152.250 | -651.000<br>-774.480<br>-56.000 | -152.250<br><br>-12.942 |

**12/4/09 at 11:52:58.92**

## DFS Sales, Inc.
## Payroll Register
## For the Period From Jan 1, 2009 to Dec 4, 2009

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No<br>Reference<br>Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross<br>State<br>Soc_Sec_ER<br>SUI_ER | Fed_Income<br>DollExp<br>Medicare_ER<br>Insurance1_ | Soc_Sec<br>Insurance<br>FUTA_ER<br>LegalFee | Medicare<br>Legalfees<br>LIT_ER<br>Insurance_C |
|---|---|---|---|---|---|---|---|---|
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1593<br>3/31/09 | Salary | | 1,500.000 | 1,186.231 | 1,500.000<br>-42.692<br>-93.000 | -156.327<br><br>-21.750 | -93.000<br><br>-12.000 | -21.750<br>-1.846 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1618<br>5/19/09 | Salary | | 3,000.000 | 2,037.338 | 3,000.000<br>-87.692<br>-186.000 | -537.080<br><br>-43.500 | -186.000<br>-108.390<br>-24.000 | -43.500<br>-1.846 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1693<br>9/30/09 | Salary | | 1,250.000 | 1,000.356 | 1,250.000<br>-35.192<br>-77.500 | -118.827<br><br>-18.125 | -77.500<br><br>-10.000 | -18.125<br>-1.846 |
| 1<br>Christine A. Schmidt<br>XXX-XX-3717<br>1743<br>11/15/09 | Salary | | 4,500.000 | 3,065.977 | 4,500.000<br>-132.692<br>-279.000 | -957.081<br><br>-65.250 | -279.000<br><br>-10.000 | -65.250<br>-1.846 |
| Summary Total<br>1/1/09 thru 3/31/09 | Salary | | 1,500.000 | 1,186.231 | 1,500.000<br>-42.692<br>-93.000 | -156.327<br><br>-21.750 | -93.000<br><br>-12.000 | -21.750<br>-1.846 |
| Summary Total<br>4/1/09 thru 6/30/09 | Salary | | 3,000.000 | 2,037.338 | 3,000.000<br>-87.692<br>-186.000 | -537.080<br><br>-43.500 | -186.000<br>-108.390<br>-24.000 | -43.500<br>-1.846 |
| Summary Total<br>7/1/09 thru 9/30/09 | Salary | | 1,250.000 | 1,000.356 | 1,250.000<br>-35.192<br>-77.500 | -118.827<br><br>-18.125 | -77.500<br><br>-10.000 | -18.125<br>-1.846 |

12/4/09 at 11:52:58.95

**DFS Sales, Inc.**
**Payroll Register**
**For the Period From Jan 1, 2009 to Dec 4, 2009**

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Employee ID Employee Masked SS No Reference Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross State Soc_Sec_ER SUI_ER | Fed_Income DollExp Medicare_ER Insurance1_ | Soc_Sec Insurance FUTA_ER LegalFee | Medicare Legalfees LIT_ER Insurance_C |
|---|---|---|---|---|---|---|---|---|
| Summary Total 10/1/09 thru 12/4/09 | Salary | | 4,500.000 | 3,065.977 | 4,500.000 -132.692 -279.000 | -957.081 -65.250 | -279.000 -10.000 | -65.250 -1.846 |
| Report Date Final Total 1/1/09 thru 12/4/09 | Salary | | 10,250.000 | 7,289.902 | 10,250.000 -298.268 -635.500 | -1,769.315 -148.625 | -635.500 -56.000 | -148.625 -7.384 |

**DFS Sales, Inc.**
**Payroll Register**
**For the Period From Nov 1, 2009 to Dec 31, 2009**

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Employee ID Employee Masked SS No Reference Date | Pay Type | Pay Hr | Pay Amt | Amount | Gross State Soc_Sec_ER SUI_ER | Fed_Income DollExp Medicare_ER Insurance1_ | Soc_Sec Insurance FUTA_ER LegalFee | Medicare Legalfees LIT_ER Insurance_C |
|---|---|---|---|---|---|---|---|---|
| 1 Christine A. Schmidt XXX-XX-3717 1743 11/15/09 | Salary | | 4,500.000 | 3,065.977 | 4,500.000 -132.692 -279.000 | -957.081 -65.250 | -279.000 -10.000 | -65.250 -1.846 |
| Summary Total 11/1/09 thru 12/31/09 | Salary | | 4,500.000 | 3,065.977 | 4,500.000 -132.692 -279.000 | -957.081 -65.250 | -279.000 -10.000 | -65.250 -1.846 |
| Report Date Final Total 11/1/09 thru 12/31/09 | Salary | | 4,500.000 | 3,065.977 | 4,500.000 -132.692 -279.000 | -957.081 -65.250 | -279.000 -10.000 | -65.250 -1.846 |

**DFS Sales, Inc.**
## Cash Disbursements Journal
### For the Period From Nov 1, 2009 to Dec 31, 2009
Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Line Description | Debit Amount | Credit Amount |
|------|---------|------------------|-------------|---------------|
| | | Solutions, Inc. | | |
| 11/25/09 | 1727 | Invoice: 111009 | 9.510 | |
| | | Village of Romeoville | | 9.510 |
| 11/25/09 | 1738 | Invoice: 112509 | 763.590 | |
| | | Cardmember Service | | 763.590 |
| 11/25/09 | ft112509 | Invoice: 112509 | 264.350 | |
| | | The Fifth Third Bank | | 264.350 |
| 11/26/09 | 1736 | Invoice: 112609 | 149.770 | |
| | | Nicor Gas | | 149.770 |
| 11/26/09 | 1740 | Invoice: 1126091 | 87.980 | |
| | | ComEd | | 87.980 |
| 11/26/09 | 1741 | Invoice: 6e1895479 | 18.000 | |
| | | UPS | | 18.000 |
| 11/30/09 | ft113009 | Invoice: 11309CL | 1,210.110 | |
| | | The Fifth Third Bank | | 1,210.110 |
| 12/3/09 | 1742 | Invoice: 6E1895489 | 18.000 | |
| | | UPS | | 18.000 |
| 12/4/09 | | Invoice: pw_A1_090527a | 21,957.730 | |
| | | Invoice: Pl_A1_090713 | 342.610 | |
| | | Invoice: CIA1090731 | 10,021.370 | |
| | | Invoice: CIA1090731a | 907.760 | |
| | | Invoice: CIA1090731E | 342.610 | |
| | | A1Sonic Industry, Ltd. | | 33,572.080 |
| 12/4/09 | 1744 | Invoice: 12409 | 87.000 | |
| | | Donald F. Schmidt | | 87.000 |
| | Total | | 77,956.360 | 77,956.360 |

S.O.F.A.
#3b Addendum

**DFS Sales Inc**

**Cash Disbursements Journal**

**For the Period From Nov 1, 2009 to Dec 31, 2009**

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Line Description | Debit Amount | Credit Amount |
|------|---------|------------------|-------------:|--------------:|
| 11/2/09 | 110209 | Heath Insurance repayment of a payment taken from payroll check Christine Schmidt | 254.290 | 254.290 |
| 11/2/09 | 1721 | Invoice: 102909 Nicor Gas | 56.110 | 56.110 |
| 11/2/09 | 1722 | Invoice: 102709 American Express | 1,145.750 | 1,145.750 |
| 11/6/09 | | Invoice: 41609 Invoice: Inv090825 Junyu Corp. | 52.500 11,112.500 | 11,165.000 |
| 11/6/09 | 1723 | Discounts Taken Invoice: 78918 Invoice: 79895 Green Lake Investors LLC/ Laser Excel | 205.640 5,140.800 5,140.800 | 10,075.960 |
| 11/6/09 | 1724 | Invoice: 052868 Central Decal | 410.880 | 410.880 |
| 11/9/09 | 1725 | Invoice: V139185 Invoice: v139695 Invoice: v140124 Lemann Usa, Inc. | 4,051.570 683.510 4,906.250 | 9,641.330 |
| 11/18/09 | 1728 | Invoice: 2311927332 Verizon Wireless | 71.690 | 71.690 |
| 11/18/09 | 1729 | Invoice: 6e1895459 UPS | 54.000 | 54.000 |
| 11/18/09 | 1730 | Invoice: 108953 Sikich LLP | 248.000 | 248.000 |
| 11/20/09 | | Invoice: 112009 Christine Schmidt | 4,250.000 | 4,250.000 |
| 11/20/09 | 1731 | Invoice: 6E1895469 UPS | 70.640 | 70.640 |
| 11/23/09 | 1732 | Invoice: 63078925111 AT&T | 328.090 | 328.090 |
| 11/23/09 | 1733 | Invoice: V141343 Lemann Usa, Inc. | 705.230 | 705.230 |
| 11/24/09 | 1735 | Balance owed christine schmidt for medical insurance premium pulled out of payroll checks Christine Schmidt | 1,854.100 | 1,854.100 |
| 11/24/09 | 1737 | Invoice: 112409 American Express | 852.660 | 852.660 |
| 11/25/09 | 1726 | Invoice: 594599789 UPS Supply Chain Solutions, Inc | 386.600 | 386.600 |

*[handwritten note next to first row]* for repayment of Insurance withholding

*[handwritten note next to 11/24/09 row]* Repayment of Insurance withholding

# UPS Sales Inc.
## Cash Disbursements Journal
### For the Period From Jan 1, 2008 to Oct 31, 2009

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Line Description | Debit Amount | Credit Amount | Check Description |
|------|---------|------------------|-------------:|--------------:|-------------------|
| 10/23/09 | 1709 | Invoice: 1023093<br>IL. Dept. of Revenue | 35.190 | 35.190 | |
| 10/26/09 | 1710 | Invoice: 589688577<br>Invoice: 591456018<br>Invoice: 588901748<br>UPS Supply Chain<br>Solutions, Inc. | 298.820<br>3.120<br>1,630.320 | 1,932.260 | |
| 10/26/09 | 1711 | Invoice: 102209<br>Cardmember Service | 859.860 | 859.860 | 4388-5230-2002-1148 |
| 10/26/09 | 1712 | Invoice: 101209<br>Alarm Detection<br>Systems Inc. | 132.000 | 132.000 | 139086 |
| 10/26/09 | 1713 | Invoice: 101209<br>Village of Romeoville | 9.510 | 9.510 | 600861700-002 |
| 10/26/09 | 1714 | Invoice:<br>63037892511009<br>AT&T | 316.180 | 316.180 | |
| 10/26/09 | 1715 | Invoice: 2297929781<br>Verizon Wireless | 72.540 | 72.540 | |
| 10/26/09 | ft103110 | Invoice: 1027091<br>The Fifth Third Bank | 255.820 | 255.820 | 095594388-00026 |
| 10/28/09 | 102809 | Invoice: 9809<br>Christine Schmidt | 4,250.000 | 4,250.000 | |
| 10/28/09 | 1716 | Invoice: 589487481<br>UPS Supply Chain<br>Solutions, Inc. | 256.090 | 256.090 | |
| 10/28/09 | 1717 | Late charges for GLI<br>Entry<br>U.S.Customs and<br>Border Protect | 285.000 | 285.000 | late chargeCase#: 200939012 |
| 10/28/09 | 1719 | Invoice: 6e1895419<br>Invoice: 6e1895429<br>UPS | 23.570<br>18.000 | 41.570 | |
| 10/28/09 | 1720 | Invoice: 102709<br>ComEd | 72.860 | 72.860 | 8691467015 |
| 10/31/09 | ft103109 | Invoice: 102109<br>The Fifth Third Bank | 1,226.670 | 1,226.670 | 095594388-00026 |
| | Total | | 962,156.020 | 962,156.020 | |

**DHS Sales, Inc.**
**Cash Disbursements Journal**
**For the Period From Jan 1, 2008 to Oct 31, 2009**

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Line Description | Debit Amount | Credit Amount | Check Description |
|------|---------|------------------|-------------:|--------------:|------------------|
| 10/5/09 | 1697 | Invoice: 922091<br>Cardmember Service | 722.590 | 722.590 | 4388-5230-2002-1148 |
| 10/5/09 | 1698 | Invoice: 92209<br>American Express | 604.180 | 604.180 | 3713-812425-32005 |
| 10/5/09 | 1699 | Invoice:<br>6303789251099<br>AT&T | 307.810 | 307.810 | |
| 10/5/09 | 1700 | Invoice: 1204<br>The Fish Law firm<br>P.C. | 2,000.000 | 2,000.000 | |
| 10/6/09 | A19609 | Invoice: cl090427c<br>Invoice:<br>PI-A1-09063001<br>Invoice:<br>pw_A1_090527<br>Invoice:<br>pw_A1_090527a<br>Invoice:<br>PI-a1-09063001<br>A1Sonic Industry,<br>Ltd. | 3,793.540<br>342.610<br>11,721.370<br>8,758.230<br>384.250 | 25,000.000 | |
| 10/6/09 | cy10609 | Invoice:<br>2006/10-2(DR)A<br>Invoice:<br>06/12-12(DR)1<br>Chien Yuan Electric<br>Co. | 4,002.910<br>5,628.000 | 9,630.910 | |
| 10/8/09 | 1701 | Invoice: 6E1895389<br>UPS | 81.380 | 81.380 | |
| 10/8/09 | 1702 | Invoice: 586046284<br>Invoice:<br>58855089107<br>UPS Supply Chain<br>Solutions, Inc. | 55.610<br>52.140 | 107.750 | |
| 10/9/09 | 1703 | Springer brown | 650.000 | 650.000 | for Geologistics |
| 10/20/09 | 1704 | Invoice: 6E1895399<br>Invoice: 6e1895409<br>UPS | 18.000<br>18.000 | 36.000 | |
| 10/21/09 | 1706 | Invoice: 90<br>Hiroki Uchida Design<br>Lab | 400.000 | 400.000 | |
| 10/22/09 | 1705 | Invoice: 101909<br>Springer brown | 5,300.000 | 5,300.000 | |
| 10/23/09 | 1707 | Invoice: 102209<br>Internal Revenue<br>Service Center | 310.080 | 310.080 | |
| 10/23/09 | 1708 | Invoice: 1023092<br>Illinois Dir.of<br>Employment Security | 7.500 | 7.500 | |

**UFS Sales, Inc.**
**Cash Disbursements Journal**
**For the Period From Jan 1, 2008 to Oct 31, 2009**

Filter Criteria includes: Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Line Description | Debit Amount | Credit Amount | Check Description |
|------|---------|------------------|-------------:|--------------:|------------------|
| 8/27/09 | 1679 | Invoice: 91809 Verizon Wireless | 162.560 | 162.560 | |
| 8/27/09 | 1680 | Invoice: 106670 Sikich LLP | 50.000 | 50.000 | 5618247 |
| 8/27/09 | 1681 | Invoice: 81109 Village of Romeoville | 9.510 | 9.510 | 600861700-002 |
| 8/31/09 | | Invoice: 9109 The Fifth Third Bank | 1,234.050 | 1,234.050 | 095594388-00026 |
| 9/4/09 | 1682 | Invoice: 824091 AT&T | 313.390 | 313.390 | |
| 9/4/09 | 1683 | Invoice: 92809 ComEd | 111.030 | 111.030 | 8691467015 |
| 9/4/09 | 1684 | Invoice: 9909 Nicor Gas | 25.080 | 25.080 | 3381106016 |
| 9/4/09 | 1685 | Invoice: 82109 Cardmember Service | 1,475.120 | 1,475.120 | 4388-5230-2002-1148 |
| 9/4/09 | 1686 | Invoice: 82409 American Express | 1,390.910 | 1,390.910 | 3713-812425-32005 |
| 9/4/09 | 1687 | Invoice: 6e1895349 UPS | 79.790 | 79.790 | |
| 9/4/09 | 1688 | Invoice: 580399600 UPS Supply Chain Solutions, Inc. | 315.060 | 315.060 | |
| 9/17/09 | 1689 | Invoice: v136388 Lemann Usa, Inc. | 1,147.800 | 1,147.800 | |
| 9/22/09 | | Invoice: 92209 Christine Schmidt | 4,250.000 | 4,250.000 | *Building Rent* |
| 9/25/09 | | Invoice: 92509 The Fifth Third Bank | 312.290 | 312.290 | 095594388-00026 |
| 9/25/09 | 1690 | Invoice: 2284228386 Verizon Wireless | 72.490 | 72.490 | |
| 9/28/09 | 1691 | Invoice: 92509 Village of Romeoville | 9.510 | 9.510 | 600861700-002 |
| 9/28/09 | 1692 | Invoice: 584361348 UPS Supply Chain Solutions, Inc. | 58.910 | 58.910 | |
| 9/30/09 | | Invoice: 92909 The Fifth Third Bank | 1,217.020 | 1,217.020 | 095594388-00026 |
| 10/1/09 | 1694 | Invoice: 928091 ComEd | 92.170 | 92.170 | 8691467015 |
| 10/1/09 | 1695 | Invoice: 92809 Nicor Gas | 30.010 | 30.010 | 3381106016 |
| 10/1/09 | 1696 | Invoice: 92909 Nationwide Mutual | 757.000 | 757.000 | |

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re __D.F.S. Sales, Inc.__                                                          Case No. _____
                                    Debtor(s)                    Chapter __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,300.00 |
| Prior to the filing of this statement I have received | $ | 5,300.00 |
| Balance Due | $ | 0.00 |

2.  $ __0.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __December 21, 2009__                    __/s/ Kent A. Gaertner__
                                                  **Kent A. Gaertner 3121489**
                                                  **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                  **400 S. County Farm Road**
                                                  **Suite 330**
                                                  **Wheaton, IL 60187**
                                                  **630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **D.F.S. Sales, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **42**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **December 21, 2009**

**/s/ Donald F. Schmidt**
**Donald F. Schmidt/President**
Signer/Title

A1Sonic Industry, Ltd.
No. 4 Industrial District
Liuwu Village, HuiZhou City
Guangdong province   China


Alarm Detection Systems Inc.
111 Church Rd.
Aurora, IL 60505


American Express
Box 0001
Los Angeles, CA 90096-0001


AT&T
PO Box 8100
Aurora, IL 60507-8100


Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Central Decal
6901 High Grove Blvd.
Burr Ridge, IL 60527-7583


Chien Yuan DBA Black Art
Fulong 2nd Indl. Zone
Shi Pai Town DongguaN
Guangdong, China


Chien Yuan Electric Co
Fulong 2nd Indl. Zone
Shi Pai Town Dongguan
Guangdong  China


Christine Schmidt
6717 Charleston Drive
Darien, IL 60561


Christine Schmidt
1298 Lakeview Dr.
Romeoville, IL 60446

ComEd
Bill Payment
Chicago, IL 60668


Donald Schmidt
6717 Charleston Dr.
Darien, IL 60561


Donald Schmidt
6717 Charleston Dr.
Darien, IL 60561


Donald Schmidt
See above


Fifth Third Bank
P.O. Box 630778
Cincinnati, OH 45263-0778


FIFTH THIRD BANK
Customer Service Department
Grand Rapids, MI 49546


Fifth Third Bank Chicago
P.O. Box  630778
Cincinnati, OH 45263-0778


Geologistics Americas Inc.
1121 N. Wood Dale Rd.
Wood Dale, IL 60191


Green Lake Investors LLC/ Laser Excel
P.O. Box 3090
Milwaukee, WI 53201-3090


Hiroki Uchida Design Lab
5757 Wilshire Blvd. Ste. 639
Los Angeles, CA 90036


Huada Sound Equipment Factory
Jishigang Indl. Garden
W. Suburb, Ningbo
Zhejiang Prov. 315171 China

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Dir.of Employment Security
P.O. Box 803412
Chicago, IL 60680-3412


Internal Revenue Service Center
P.O. Box 804522
Cincinnati, OH 45280-4522


Internetsite Technologies, Inc.
40 Shuman Blvd. Ste. 160
Naperville, IL 60563


Jiangmen Yelitech Car Audio Co. Ltd.
Tangxi Indl. Zone Hetang Town
Pengjiang dist. Jiangmen
Guangdong 529095 China


Junyu Corp.
No.1 Junyu Rd.
Junyu industrial zone,
Huiming Town  China


Kai Shuai Industrial Co. Ltd.
3F., No.23 Lane 50 ,Sec 3,
NanGang Rd. Dist 115
Taipei Taiwan R.O.C.


Lemann Usa, Inc.
1860 Renaissance Blvd.
Sturtvant, WI 53177


Misco Speaker Company
2637 32nd Ave. South
Minneapolis, MN 55406-1641


MWI Commerce
Midwest Internet Commerce
1209 Pleasant Place
Lemont, IL 60439

Nationwide Mutual
P.O. Box 74522
Cincinnati, OH 45274-2522


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Roanoake Trade Services Inc.
1475 E. Woodfield Rd.
Ste. 500
Schaumberg, IL 60173-4903


Rodney Perry, Bryan Cave LLP.
161 N. Clark St. #4300
Chicago, IL 60601-5050


Sikich LLP
998 Corporate Blvd.
Aurora, IL 60502-9102


The Fish Law firm P.C.
1770 N. Park Street Ste. 200
Naperville, IL 60563


UPS
Lock Box 577
Carol Stream, IL 60132-0577


UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673


Verizon Wireless
P.O. Box 25506
Lehigh Valley, PA 18002-5506


Village of Romeoville
13 Montrose Drive
Romeoville, IL 60446


Volcano Audio Products Inc.
295 Saltwell Dr.
Shepardsville, KY 40165

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **D.F.S. Sales, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **D.F.S. Sales, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 21, 2009**

Date

**/s/ Kent A. Gaertner**

**Kent A. Gaertner 3121489**

Signature of Attorney or Litigant

Counsel for   **D.F.S. Sales, Inc.**

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**