UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
D.F.S. SALES, INC. § Case No. 09-48231
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/03/2012 in Courtroom 4016,
DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/28/2012                By: Clerk of Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
D.F.S. SALES, INC.  §   Case No. 09-48231
        §
     Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 37,656.58 |
| and approved disbursements of | $ | 7,634.90 |
| leaving a balance on hand of[1] | $ | 30,021.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 9 | Fifth Third Bank | $ 88,562.04 | $ 88,562.04 | $ 0.00 | $ 24,395.05 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 24,395.05 |
| Remaining Balance | $ 5,626.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,515.63 | $ 0.00 | $ 4,515.63 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 58.10 | $ 0.00 | $ 58.10 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 1,041.80 | $ 0.00 | $ 1,041.80 |
| Other: International Sureties | $ 71.23 | $ 71.23 | $ 0.00 |
| Other: Alan D. Lasko & Associates P.C. | $ 11.10 | $ 0.00 | $ 11.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses     $     5,626.63

Remaining Balance     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Christine Schmidt | $ 11,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $     0.00

Remaining Balance     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 192,113.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Agility Logistics Corp f/k/a | $ 102,760.01 | $ 0.00 | $ 0.00 |
| 3 | Christine Schmidt | $ 28,500.00 | $ 0.00 | $ 0.00 |
| 4 | Donald Schmidt | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 5 | DFS Sales | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | The Fish Law Firm P.C. | $ 5,253.26 | $ 0.00 | $ 0.00 |
| 7 | Chien Yuan DBA Black Art | $ 26,018.62 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Chien Yuan electric Co | $ 19,581.36 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                               Case No. 09-48231-DRC
D.F.S. Sales, Inc.                                                   Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 3                   Date Rcvd: Jun 29, 2012
                              Form ID: pdf006              Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2012.
db           +D.F.S. Sales, Inc.,    c/o Donald F. Schmidt,    6717 Charleston Dr.,    Darien, IL 60561-3805
14875279      A1Sonic Industry, Ltd.,    No. 4 Industrial District,    Liuwu Village, HuiZhou City,
               Guangdong province   China
14875282     #AT&T,    PO Box 8100,   Aurora, IL 60507-8100
14997557    +++Agility Logistics Corp fka GeoLogistics Americas,     c/o Rodney Perry,   Bryan Cave LLP,
               161 N Clark Street  Ste 4300,    Chicago, IL 60601-3430
14875280      Alarm Detection Systems Inc.,    111 Church Rd.,    Aurora, IL 60505
14875281      American Express,    Box 0001,   Los Angeles, CA 90096-0001
14875283      Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
14875284      Central Decal,    6901 High Grove Blvd.,    Burr Ridge, IL 60527-7583
14875285      Chien Yuan DBA Black Art,    Fulong 2nd Indl. Zone,    Shi Pai Town DongguaN,   Guangdong, China
14875286      Chien Yuan Electric Co,    Fulong 2nd Indl. Zone,    Shi Pai Town Dongguan,   Guangdong  China
14875287     +Christine Schmidt,    6717 Charleston Drive,    Darien, IL 60561-3805
14875288     +Christine Schmidt,    1298 Lakeview Dr.,    Romeoville, IL 60446-3901
15253437      D.F.S. Sales Inc,    c/o Donald F Schmidt,    5717 Charleston Dr,   Darien, IL 60561
14875290     +Donald Schmidt,    6717 Charleston Dr.,    Darien, IL 60561-3805
14875294      FIFTH THIRD BANK,    Customer Service Department,    Grand Rapids, MI 49546
14875293    +++Fifth Third Bank,    attn: Anna C Stanley,    134 North LaSalle Street Suite 1110,
               Chicago, IL 60602-1006
14875295      Fifth Third Bank Chicago,    P.O. Box  630778,   Cincinnati, OH 45263-0778
14875296     +Geologistics Americas Inc.,    1121 N. Wood Dale Rd.,    Wood Dale, IL 60191-1059
14875297      Green Lake Investors LLC/ Laser Excel,    P.O. Box 3090,    Milwaukee, WI 53201-3090
14875299      Huada Sound Equipment Factory,    Jishigang Indl. Garden,    W. Suburb, Ningbo,
               Zhejiang Prov. 315171 China
14875300     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60602)
14875303     +Internetsite Technologies, Inc.,    40 Shuman Blvd. Ste. 160,    Naperville, IL 60563-8650
14875304      Jiangmen Yelitech Car Audio Co. Ltd.,    Tangxi Indl. Zone Hetang Town,    Pengjiang dist. Jiangmen,
               Guangdong 529095 China
14875305      Junyu Corp.,   No.1 Junyu Rd.,    Junyu industrial zone,,    Huiming Town  China
14875306      Kai Shuai Industrial Co. Ltd.,    3F., No.23 Lane 50 ,Sec 3,,    NanGang Rd. Dist 115,
               Taipei Taiwan R.O.C.
14875307     +Lemann Usa, Inc.,    1860 Renaissance Blvd.,    Sturtvant, WI 53177-1745
14875309     +MWI Commerce,    Midwest Internet Commerce,    1209 Pleasant Place,   Lemont, IL 60439-8534
14875308      Misco Speaker Company,    2637 32nd Ave. South,    Minneapolis, MN 55406-1641
14875310      Nationwide Mutual,    P.O. Box 74522,    Cincinnati, OH 45274-2522
14875312      Roanoake Trade Services Inc.,    1475 E. Woodfield Rd.,    Ste. 500,   Schaumberg, IL 60173-4903
14875313     +Rodney Perry, Bryan Cave LLP.,    161 N. Clark St. #4300,    Chicago, IL 60601-3315
14875314     #Sikich  LLP,    998 Corporate Blvd.,    Aurora, IL 60502-9102
14875315    +++The Fish Law firm P.C.,    1770 N. Park Street  Ste. 202,    Naperville, IL 60563-1245
14875316      UPS,    Lock Box 577,   Carol Stream, IL 60132-0577
14875317     +UPS Supply Chain Solutions, Inc.,    28013 Network  Place,   Chicago, IL 60673-1280
14875320     +Volcano Audio Products Inc.,    295 Saltwell Dr.,    Shepardsville, KY 40165-8288
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14875289     +E-mail/Text: legalcollections@comed.com Jun 30 2012 00:25:24     ComEd,   Bill Payment,
               Chicago, IL 60668-0001
14875302      E-mail/Text: cio.bncmail@irs.gov Jun 30 2012 00:23:44     Internal Revenue Service Center,
               P.O. Box 804522,   Cincinnati, OH 45280-4522
14875311      E-mail/Text: bankrup@nicor.com Jun 30 2012 00:24:36     Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
14875318      E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 30 2012 03:20:14      Verizon Wireless,
               P.O. Box 25506,   Lehigh Valley, PA 18002-5506
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14875292      Donald Schmidt,    See above
14875291*    +Donald Schmidt,    6717 Charleston Dr.,    Darien, IL 60561-3805
15532915    ##+Fifth Third Bank,    Attn: Mark Gerlach,    222 South Riverside Plaza,   Chicago, IL 60606-5808
14875298    ##+Hiroki Uchida Design Lab,    5757 Wilshire Blvd. Ste. 639,    Los Angeles, CA 90036-3686
14875301     ##Illinois Dir.of Employment Security,    P.O. Box 803412,    Chicago, IL 60680-3412
14875319    ##+Village of Romeoville,    13 Montrose Drive,    Romeoville, IL 60446-1329
                                                                                               TOTALS: 1, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 3            Date Rcvd: Jun 29, 2012
                              Form ID: pdf006              Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2012**               **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mgonzalez           Page 3 of 3            Date Rcvd: Jun 29, 2012
                              Form ID: pdf006          Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2012 at the address(es) listed below:

         Anna   Stanley    on behalf of Creditor   Fifth Third Bank akahriman@potestivolaw.com, bknotices@potestivolaw.com
         Brenda Porter Helms    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
         Kent A Gaertner    on behalf of Debtor   D.F.S. Sales, Inc. kgaertner@springerbrown.com, kgaertner@springerbrown.com;marigonzo@springerbrown.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                       TOTAL: 4