# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
D.F.S. SALES, INC.                              §        Case No. 09-48231
                                                §
              Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (5/1/2011) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | FIFTH THIRD BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| AUDIO, KAPTON | | | | | |
| CLERK, UNITED STATES BANKRUPTCY COU | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN. D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Illinois Dir.of Employment Security P.O. Box 803412 Chicago, IL 60680-3412 | | | | | |
| | Internal Revenue Service Center P.O. Box 804522 Cincinnati, OH 45280-4522 | | | | | |
| 2 | SCHMIDT, CHRISTINE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A1Sonic Industry, Ltd. No. 4 Industrial District Liuwu Village, HuiZhou City Guangdong province China | | | | | |
| | AT&T PO Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Alarm Detection Systems Inc. 111 Church Rd. Aurora, IL 60505 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Central Decal 6901 High Grove Blvd. Burr Ridge, IL 60527-7583 | | | | | |
| | ComEd Bill Payment Chicago, IL 60668 | | | | | |
| | Fifth Third Bank Chicago P.O. Box 630778 Cincinnati, OH 45263-0778 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank P.O. Box 630778 Cincinnati, OH 45263-0778 | | | | | |
| | Green Lake Investors LLC/ Laser Excel P.O. Box 3090 Milwaukee, WI 53201-3090 | | | | | |
| | Hiroki Uchida Design Lab 5757 Wilshire Blvd. Ste. 639 Los Angeles, CA 90036 | | | | | |
| | Huada Sound Equipment Factory Jishigang Indl. Garden W. Suburb, Ningbo Zhejiang Prov. 315171 China | | | | | |
| | Internetsite Technologies, Inc. 40 Shuman Blvd. Ste. 160 Naperville, IL 60563 | | | | | |
| | Jiangmen Yelitech Car Audio Co. Ltd. Tangxi Indl. Zone Hetang Town Pengjiang dist. Jiangmen Guangdong 529095 China | | | | | |
| | Junyu Corp. No.1 Junyu Rd. Junyu industrial zone, Huiming Town China | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kai Shuai Industrial Co. Ltd. 3F., No.23 Lane 50 ,Sec 3, NanGang Rd. Dist 115 Taipei Taiwan R.O.C. | | | | | |
| | Lemann Usa, Inc. 1860 Renaissance Blvd. Sturtvant, WI 53177 | | | | | |
| | MWI Commerce Midwest Internet Commerce 1209 Pleasant Place Lemont, IL 60439 | | | | | |
| | Misco Speaker Company 2637 32nd Ave. South Minneapolis, MN 55406-1641 | | | | | |
| | Nationwide Mutual P.O. Box 74522 Cincinnati, OH 45274-2522 | | | | | |
| | Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020 | | | | | |
| | Roanoake Trade Services Inc. 1475 E. Woodfield Rd. Ste. 500 Schaumberg, IL 60173-4903 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sikich LLP 998 Corporate Blvd. Aurora, IL 60502-9102 | | | | | |
| | UPS Lock Box 577 Carol Stream, IL 60132-0577 | | | | | |
| | UPS Supply Chain Solutions, Inc. 28013 Network Place Chicago, IL 60673 | | | | | |
| | Verizon Wireless P.O. Box 25506 Lehigh Valley, PA 18002-5506 | | | | | |
| | Village of Romeoville 13 Montrose Drive Romeoville, IL 60446 | | | | | |
| | Volcano Audio Products Inc. 295 Saltwell Dr. Shepardsville, KY 40165 | | | | | |
| 1 | AGILITY LOGISTICS CORP F/K/A | | | | | |
| 7 | ART, CHIEN YUAN DBA BLACK | | | | | |
| 8 | CHIEN YUAN ELECTRIC CO | | | | | |
| 5 | SALES, DFS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | SCHMIDT, CHRISTINE | | | | | |
| 4 | SCHMIDT, DONALD | | | | | |
| 6 | THE FISH LAW FIRM P.C. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-48231 | Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | D.F.S. SALES, INC. | | | Date Filed (f) or Converted (c): | 12/21/09 (f) |
| | | | | 341(a) Meeting Date: | 01/27/10 |
| For Period Ending: | 09/11/12 | | | Claims Bar Date: | 05/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CORPORATION CHECKING ACCOUNT #7232646666 AT FIFTH/ | 2,846.87 | 2,846.87 | | 28,980.96 | FA |
| 2. SEE LIST OF RECEIVABLES AS OF 10/22/09 ATTACHED AS | 185,297.26 | 185,297.26 | DA | 0.00 | FA |
| 3. SEE LIST ATTACHED AS SCH. B-28 ADDENDUM. | 2,650.00 | 2,650.00 | | 450.00 | FA |
| 4. SEE LIST ATTACHED AS SCH. B-30 ADDENDUM | 48,411.40 | 48,411.40 | | 8,211.20 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.93 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $239,205.53   $239,205.53   $37,657.09   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/11   Current Projected Date of Final Report (TFR): 06/30/13

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-48231 -SQU | |
| Case Name: | D.F.S. SALES, INC. | |

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7983  Money Market - Interest Bearing

Taxpayer ID No: *******3945
For Period Ending: 09/11/12

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/08/10 | | DFS Sales 34 Plaza Drive Westmont IL 60559 | balance in checking account | 28,980.96 | | | | | 28,980.96 |
| 02/08/10 | 1 | Asset Sales Memo: | CORPORATION CHECKING ACCOUNT #7232646666 AT FIFTH/ $28,980.96 | | | | | | 28,980.96 |
| 02/26/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.42 | | | | 28,981.38 |
| 03/06/10 | 000101 | International Sureties Ltd 701 Polydras St.  #420 New Orleans LA 70139 | bond premium | | | 24.61 | | | 28,956.77 |
| 03/20/10 | 000102 | Clerk, United States Bankruptcy Court 219 S. Dearborn Street  7th Floor Chicago IL 60604 | reopening fee | | | 260.00 | | | 28,696.77 |
| 03/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.74 | | | | 28,697.51 |
| 04/23/10 | | Martin Sound Products Inc. 28 Alpha Park Highland Heigths OH 44143 | sale of inventory | 2,200.00 | | | | | 30,897.51 |
| 04/23/10 | 4 | Asset Sales Memo: | SEE LIST ATTACHED AS SCH. B-30 ADDENDUM $2,200.00 | | | | | | 30,897.51 |
| 04/23/10 | | 1651211 Ontario Limited 399 Four Valley Drive   Unit 27 Concord ON L4K5Y7 | sale of inventory | 2,500.00 | | | | | 33,397.51 |
| 04/23/10 | 4 | Asset Sales Memo: | SEE LIST ATTACHED AS SCH. B-30 ADDENDUM $2,500.00 | | | | | | 33,397.51 |
| 04/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.72 | | | | 33,398.23 |
| 05/28/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.85 | | | | 33,399.08 |
| 06/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.83 | | | | 33,399.91 |
| 07/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.84 | | | | 33,400.75 |
| 08/14/10 | | Kaption Audio Inc. 399 Four Valley Drive  #27 Concord ON L4K5Y7 | proceeds of sale of inventory | 2,500.00 | | | | | 35,900.75 |
| 08/14/10 | 4 | Asset Sales Memo: | SEE LIST ATTACHED AS SCH. B-30 | | | | | | 35,900.75 |

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-48231 -SQU |
| Case Name: | D.F.S. SALES, INC. |
| | |
| Taxpayer ID No: | *******3945 |
| For Period Ending: | 09/11/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7983  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | ADDENDUM $2,500.00 | | | | | | |
| 08/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.88 | | | | 35,901.63 |
| 09/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.89 | | | | 35,902.52 |
| 10/29/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 35,903.43 |
| 11/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.89 | | | | 35,904.32 |
| 12/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 35,905.23 |
| 01/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.91 | | | | 35,906.14 |
| 02/19/11 | 000103 | International Sureties | 2011 - 2012 bond payment | | | 27.31 | | | 35,878.83 |
| | | 701 Polydras St.  #420 | | | | | | | |
| | | New Orleans LA 70139 | | | | | | | |
| 02/28/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.28 | | | | 35,879.11 |
| 03/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 35,879.41 |
| * 04/20/11 | | Kaption Audio | sale of inventory | 1,000.00 | | | | | 36,879.41 |
| | | 5 Uatacrt #8 | | | | | | | |
| | | Aurora Ontario | | | | | | | |
| | | L4G 4B6 | | | | | | | |
| 04/20/11 | 4 | Asset Sales Memo: | SEE LIST ATTACHED AS SCH. B-30 | | | | | | 36,879.41 |
| | | | ADDENDUM $1,000.00 | | | | | | |
| 04/29/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 36,879.71 |
| * 05/14/11 | | Kaption Audio | sale of inventory | -1,000.00 | | | | | 35,879.71 |
| | | 5 Uatacrt #8 | | | | | | | |
| | | Aurora Ontario | | | | | | | |
| | | L4G 4B6 | | | | | | | |
| * 05/14/11 | | Bank of America | foreign item adjustment | | | | 11.20 | | 35,890.91 |
| * 05/14/11 | | Reverses Adjustment IN on 05/14/11 | foreign item adjustment | | | | -11.20 | | 35,879.71 |
| 05/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 35,880.01 |
| 06/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.29 | | | | 35,880.30 |
| 07/26/11 | | Kaption Audio Inc. | sale of inventory | 1,000.00 | | | | | 36,880.30 |
| 07/26/11 | 4 | Asset Sales Memo: | SEE LIST ATTACHED AS SCH. B-30 | | | | | | 36,880.30 |
| | | | ADDENDUM $1,000.00 | | | | | | |
| 07/29/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.29 | | | | 36,880.59 |

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-48231  -SQU |
| Case Name: | D.F.S. SALES, INC. |
| | |
| Taxpayer ID No: | *******3945 |
| For Period Ending: | 09/11/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7983  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |
| 08/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.32 | | | | 36,880.91 |
| 09/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 36,881.21 |
| 10/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 36,881.52 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -46.92 | | 36,834.60 |
| 11/12/11 | 000104 | Alan D. lasko & Associates P.C. | accountant fees | | | 3,882.19 | | | 32,952.41 |
| 11/12/11 | 000105 | Alan. D. Lasko & Associates, P.C. | accountant expenses | | | 28.11 | | | 32,924.30 |
| 11/27/11 | | Audio Kapton | Foreign transaction fee returned ck additional fee  ($66.60) charged for returned foreign check-charged to estate 05/03/11 (total amount charged for returned foreign check was $1,066.60)- Estate's ledger entry on 5/14 records reversal of initial deposit ($1000) | | | | -66.60 | | 32,857.70 |
| 11/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 32,858.00 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -44.38 | | 32,813.62 |
| 12/04/11 | | BANK OF AMERICA, N.A. | Foreign Item Adjustment (cr)-4/26/1 | | | | 11.20 | | 32,824.82 |
| 12/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.27 | | | | 32,825.09 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -40.47 | | 32,784.62 |
| 01/28/12 | | Kaption Audio | sale of inventory | 450.00 | | | | | 33,234.62 |
| 01/28/12 | 3 | Asset Sales Memo: | SEE LIST ATTACHED AS SCH. B-28 ADDENDUM.  $450.00 | | | | | | 33,234.62 |
| 01/31/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.29 | | | | 33,234.91 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -43.00 | | 33,191.91 |
| 02/29/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.26 | | | | 33,192.17 |
| 02/29/12 | 000106 | Intrenational Sureties Ltd. | Trustee bond | | | 43.92 | | | 33,148.25 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -39.36 | | 33,108.89 |
| 03/30/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.27 | | | | 33,109.16 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -40.72 | | 33,068.44 |
| 04/30/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.28 | | | | 33,068.72 |
| 05/05/12 | 000107 | Alan D. Lasko & Associates P.C. | accountants fees | | | 955.40 | | | 32,113.32 |
| 05/05/12 | 000108 | Alan D. Lasko & Associates P.C. | accountants fees | | | 10.90 | | | 32,102.42 |
| 05/05/12 | 000109 | Alan D. Lasko & Associates P.C. | accountants fees | | | 2,071.20 | | | 30,031.22 |

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-48231 -SQU |
| Case Name: | D.F.S. SALES, INC. |
| Taxpayer ID No: | *******3945 |
| For Period Ending: | 09/11/12 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7983  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 05/05/12 | 000110 | Alan D. Lasko & Associates P.C. | accoutants expenses | | | 9.81 | | | 30,021.41 |
| 05/31/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.27 | | | | 30,021.68 |
| 06/29/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.24 | | | | 30,021.92 |
| 07/31/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.26 | | | | 30,022.18 |
| 08/02/12 | 5 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.01 | | | | 30,022.19 |
| 08/02/12 | | Transfer to Acct #*******8633 | Final Posting Transfer | | | | | -30,022.19 | 0.00 |

| Account  *******7983 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 8 | Deposits | 37,630.96 | 10  Checks | 7,313.45 |
| 31 | Interest Postings | 14.93 | 7  Adjustments Out | 321.45 |
| | | | 1  Transfers Out | 30,022.19 |
| | Subtotal | $  37,645.89 | | |
| 3 | Adjustments In | 11.20 | Total | $  37,657.09 |
| 0 | Transfers In | 0.00 | | |
| | Total | $  37,657.09 | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

| Case No: | 09-48231 -SQU |
| Case Name: | D.F.S. SALES, INC. |
| Taxpayer ID No: | *******3945 |
| For Period Ending: | 09/11/12 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******8633  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/02/12 | | Transfer from Acct #*******7983 | Transfer In From MMA Account | | | | | 30,022.19 | 30,022.19 |
| 08/08/12 | 001001 | Fifth Third Bank | Final Distribution | | | 24,395.56 | | | 5,626.63 |
| 08/08/12 | 001002 | Brenda Porter Helms | TRUSTEE FEE | | | 4,515.63 | | | 1,111.00 |
| 08/08/12 | 001003 | Brenda Porter Helms | trustee expenses | | | 58.10 | | | 1,052.90 |
| 08/08/12 | 001004 | Alan D. Lasko & Associates P.C. | | | | 1,041.80 | | | 11.10 |
| 08/08/12 | 001005 | Alan D. Lasko & Associates P.C. | | | | 11.10 | | | 0.00 |

| Account  *******8633 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 5 Checks | 30,022.19 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $       0.00 | | |
| 0 | Adjustments In | 0.00 | Total | $    30,022.19 |
| 1 | Transfers In | 30,022.19 | | |
| | Total | $    30,022.19 | | |

| Report Totals | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 8 | Deposits | 37,630.96 | 15 Checks | 37,335.64 |
| 31 | Interest Postings | 14.93 | 7 Adjustments Out | 321.45 |
| | | | 1 Transfers Out | 30,022.19 |
| | Subtotal | $    37,645.89 | | |
| 3 | Adjustments In | 11.20 | Total | $    67,679.28 |
| 1 | Transfers In | 30,022.19 | | |
| | Total | $    67,679.28 | Net Total Balance | $       0.00 |

/s/      BRENDA PORTER HELMS, TRUSTEE

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| Case No: | 09-48231  -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | D.F.S. SALES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8633  Checking - Non Interest |
| Taxpayer ID No: | *******3945 | | | |
| For Period Ending: | 09/11/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 09/11/12

BRENDA PORTER HELMS, TRUSTEE